■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE DAVIS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered January 25, 1978, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reducing the conviction of robbery in the third degree to a conviction of grand larceny in the third degree. As so modified, judgment affirmed, and case remanded to Criminal Term for sentencing upon the grand larceny conviction (see *People v Fraser,* 54 AD2d 965, mot for lv to app den 40 NY2d 1082). The testimony established that defendant "snatched" a purse and a shopping bag from the victim. There was no evidence that the victim was injured or was in danger of injury. She

did not resist. Furthermore, she did not testify that she saw the defendant approach her. Under these circumstances, there was not sufficient evidence of force or fear to constitute a robbery (see Penal Law, § 160.00; cf. *People v Santiago,* 62 AD2d 572). We have reviewed the other points raised on this appeal by defendant and find them to be without merit. Damiani, J. P., Rabin, Gulotta and Cohalan, JJ., concur.